# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANIEL SCHUCH and ANGELIQUE SCHUCH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACE AMERICAN INSURANCE COMPANY, MASTEC NORTH AMERICA, INC., MASTEC, INC., and DOUGLAS WHITT, )<br>)<br>Defendants. ) | Civil Action No. _____ |

## NOTICE OF REMOVAL

COME NOW Defendants ACE American Insurance Company, MasTec North America, Inc., MasTec, Inc., and Douglas Whitt (hereinafter collectively referred to as "Defendants"), by and through undersigned counsel, and file this Notice of Removal pursuant to 28 U.S.C. § 1441 and 1446, showing this Court as follows:

1.

Defendants are named in a civil action filed in the State Court of Gwinnett County, State of Georgia, Civil Action Number 21-C-04476-S6. This Notice of Removal is filed with the United States District Court for the Northern District of

Georgia, Atlanta Division, within thirty (30) days of service upon Defendants of the initial pleading setting forth the claim for relief upon which the action is based.

2.

Defendants attach hereto as Exhibit "A" a true and correct copy of all of the process, pleadings (as defined by Federal Rule of Civil Procedure 7), and Orders served on Defendants in this action to date, as required by 28 U.S.C. § 1446(a).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the place where the state action is pending pursuant to 28 U.S.C. § 90(a)(2).

4.

A copy of this Notice of Removal has been filed with the Clerk of the State Court of Gwinnett County, State of Georgia, as required by 28 U.S.C. § 1446(d).

## DIVERSITY OF JURISDICTION

5.

Removal in this case is proper pursuant to 28 U.S.C. § 1332(a)(1).

6.

Plaintiffs allege that they are citizens of Georgia.

7.

Defendant ACE American Insurance Company d/b/a Chubb Insurance is an insurance company organized and existing under the laws of the State of Pennsylvania with its principal place of business being located in Philadelphia, Pennsylvania.

8.

Defendant MasTec North America, Inc. is a Florida corporation organized and existing under the laws of the State of Florida with its principal place of business in Coral Gables, Florida.

9.

Defendant MasTec, Inc. is a Florida corporation organized and existing under the laws of the State of Florida with its principal place of business in Coral Gables, Florida. Defendants note, for the record, that MasTec, Inc. is not registered to do business in the State of Georgia, is an improper party, and should be dismissed from this case.

10.

Defendant Douglas Whitt is an individual who resides in Load, Kentucky, and is a citizen of Kentucky.

11.

This controversy is, therefore, between citizens of different states pursuant to 28 U.S.C. §§ 1332(a)(1) and 1332(c)(1).

12.

In his Complaint, Plaintiff Daniel Schuch alleges that he has incurred injuries as a result of this incident.  Complaint, ¶ 32.

13.

Specifically, Plaintiff Daniel Schuch claims past and future medical expenses in the amount of at least $189,215.52, and lost income of at least $21,665.67. Complaint, ¶ 32.

14.

He also alleges general damages, in an amount to be determined at trial. Complaint, ¶ 32.

15.

Further, Plaintiff Daniel Schuch's wife, Angelique Schuch, makes a claim for the loss of consortium of her spouse, in an amount to be determined at trial. Complaint, ¶ 33.

16.

To establish that the amount-in-controversy requirement is met under 28 U.S.C. § 1446(a) in a notice of removal, a defendant need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014). Evidence establishing the amount is required by § 1446(c)(2)(B) only when the plaintiff contests, or the court questions, the defendant's allegation. *Id*.

17.

Defendants allege that Plaintiffs' claims plausibly exceed the jurisdictional threshold of $75,000.

**WHEREFORE**, Defendants pray that this Notice of Removal be filed and said action be removed to proceed in this Court and that no further proceedings be had in the State Court of Gwinnett County.

Respectfully submitted this 22nd day of July, 2021.

*s/ Kenan G. Loomis*
Kenan G. Loomis
Georgia Bar No. 457865
Danielle C. Le Jeune
Georgia Bar No. 134222
COZEN O'CONNOR
1230 Peachtree Street, N.E.
The Promenade, Suite 400
Atlanta, Georgia  30309
Telephone:  (404) 572-2028

LEGAL\53402144\1

6

        Facsimile:  (866) 591-9127
        E-mail:    kloomis@cozen.com
        E-mail:    dlejeune@cozen.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANIEL SCHUCH and ANGELIQUE SCHUCH,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>ACE AMERICAN INSURANCE COMPANY, MASTEC NORTH AMERICA, INC., MASTEC, INC., and DOUGLAS WHITT,  )<br><br>Defendants.  ) | Civil Action No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, I electronically filed the foregoing ***NOTICE OF REMOVAL*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

        Steven Leibel
        STEVEN LEIBEL, P.C.
        6150 GA Hwy 400, Suite C
        Cumming, GA  30028
        steven@leibel.com
        paul@leibel.com

2

This 22nd day of July, 2021.

                                                *s/ Kenan G. Loomis*
                                                Kenan G. Loomis
                                                Georgia Bar No. 457865